**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In re: LOTUS FARM, INC. § Case No. 15-50943
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Fred Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $14,000.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,557.22 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $29,042.54 | | |

3) Total gross receipts of $48,599.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $48,599.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $29,018.55 | $29,042.54 | $29,042.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $433,381.00 | $57,119.74 | $57,119.74 | $13,457.22 |
| **TOTAL DISBURSEMENTS** | $433,381.00 | $92,238.29 | $92,262.28 | $48,599.76 |

4) This case was originally filed under chapter 7 on 03/20/2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2017    By: /s/ Fred Hjelmeset
                          Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Great American Insurance refund | 1229-000 | $429.35 |
| Possible avoidable transfers Ooi | 1241-000 | $8,500.00 |
| Possible preference Yen Luong | 1241-000 | $3,000.00 |
| Verizon credit received | 1229-000 | $11.86 |
| Possible avoidable transfer to I-Hsin Orchids | 1241-000 | $15,000.00 |
| WFB account 2685 | 1229-000 | $3.55 |
| Wells Fargo Bank checking | 1129-000 | $1,000.00 |
| Possible preference WFB | 1241-000 | $20,655.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,599.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Fred Hjelmeset | 2100-000 | NA | $5,609.98 | $5,609.98 | $5,609.98 |
| Trustee, Expenses - Fred Hjelmeset | 2200-000 | NA | $3.80 | $3.80 | $3.80 |
| Bond Payments - International Sureties | 2300-000 | NA | $0.00 | $23.99 | $23.99 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $792.88 | $792.88 | $792.88 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Attorney for Trustee Fees (Other Firm) - Marshall & Ramos, LLP | 3210-000 | NA | $16,199.92 | $16,199.92 | $16,199.92 |
| Attorney for Trustee Expenses (Other Firm) - Marshall & Ramos, LLP | 3220-000 | NA | $1,728.08 | $1,728.08 | $1,728.08 |
| Accountant for Trustee Fees (Other Firm) - BACHECKI, CROM & CO., LLP | 3410-000 | NA | $3,836.00 | $3,836.00 | $3,836.00 |
| Accountant for Trustee Expenses (Other Firm) - BACHECKI, CROM & CO., LLP | 3420-000 | NA | $47.89 | $47.89 | $47.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $29,018.55 | $29,042.54 | $29,042.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Internal Revenue Service | 5800-000 | $0.00 | $6,100.00 | $6,100.00 | $6,100.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$6,100.00** | **$6,100.00** | **$6,100.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | Wells Fargo Bank, National Association | 7100-000 | $0.00 | $21,464.74 | $21,464.74 | $5,057.02 |
| 3-1 | Wells Fargo Bank, National Association | 7100-000 | $0.00 | $20,655.00 | $20,655.00 | $4,866.25 |
| 4 | I-Hsin Orchids, Inc. | 7100-000 | NA | $15,000.00 | $15,000.00 | $3,533.95 |
| N/F | Gan Lin Agrilcuture Co. Ltd | 7100-000 | $409,381.00 | NA | NA | NA |
| N/F | Mr. Hsieh, His His Gan Lin Agriculture L | 7100-000 | $24,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$433,381.00** | **$57,119.74** | **$57,119.74** | **$13,457.22** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 15-50943  
**Case Name:** LOTUS FARM, INC.  
**For Period Ending:** 01/19/2017

**Trustee Name:** (001090) Fred Hjelmeset  
**Date Filed (f) or Converted (c):** 03/20/2015 (f)  
**§ 341(a) Meeting Date:** 04/28/2015  
**Claims Bar Date:** 07/06/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank checking | 1,500.00 | 1,500.00 | | 1,000.00 | FA |
| 2 | 2001 MITSUBISHI FUSO 16' BOX TRUCK<br>Investigated; found that vehicle is not property of Debtor, but is titled in principal's name | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 3 | WFB account 2685 (u) | 3.55 | 3.55 | | 3.55 | FA |
| 4 | Claim against Debtor's counsel for disgorgement (u)<br>Investigated, evidence provided shows no grounds to pursue | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 5 | Possible avoidable transfer to I-Hsin Orchids (u)<br>AP No. 15-05084 filed 7/15/15; Compromise approved, Doc#18; Report of Transaction, Doc#20 | 21,000.00 | 21,000.00 | | 15,000.00 | FA |
| 6 | Verizon credit received (u) | 11.86 | 11.86 | | 11.86 | FA |
| 7 | Possible preference WFB (u)<br>Preferential transfer returned by WFB following demand made | 20,655.00 | 20,655.00 | | 20,655.00 | FA |
| 8 | Possible avoidable transfers Ooi (u)<br>AP No. 15-05113 filed 7/22/15; Order approving compromise, Doc#22; Report of Transaction, Doc#27 | 20,299.00 | 14,299.00 | | 8,500.00 | FA |
| 9 | Possible preference Saw (u)<br>Investigated; noncollectable | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Possible preference Yen Luong (u)<br>AP No. 15-05112 filed 7/22/15; default judgment obtained, Doc#8; Order approving compromise, Doc#22; Report of Transaction, Doc#27 | 6,000.00 | 6,000.00 | | 3,000.00 | FA |

Case No.: 15-50943  
Case Name: LOTUS FARM, INC.  
For Period Ending: 01/19/2017

Trustee Name: (001090) Fred Hjelmeset  
Date Filed (f) or Converted (c): 03/20/2015 (f)  
§ 341(a) Meeting Date: 04/28/2015  
Claims Bar Date: 07/06/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Great American Insurance refund (u) | 429.35 | 429.35 | | 429.35 | FA |
| 11 | Assets    Totals    (Excluding unknown values) | **$83,898.76** | **$77,898.76** | | **$48,599.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

09/30/16 TFR submitted to UST  
03/15/16 File tax returns  
01/04/15 Settlement payments from Ooi and Luong through June 2016  
10/12/15 Avoidance actions pending  
08/19/15 Pursue avoidance actions  
04/30/15 Investigate possible avoidable transfers  
03/23/15 Investigate assets  
04/20/15 Email to DA requesting response to request for AS  
03/27/15 Email to DA requesting response  
03/23/15 Email to DA requesting docs, info, and funds in account

Initial Projected Date Of Final Report (TFR): 04/15/2017  
Current Projected Date Of Final Report (TFR): 09/30/2016 (Actual)

Exhibit 9  
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-50943 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LOTUS FARM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7177 | Account #: | ******3266 Checking Account |
| For Period Ending: | 01/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2015 | {3} | Wells Fargo Bank | Balance in WFB acct 2685 | 1229-000 | 3.56 | | 3.56 |
| 04/07/2015 | {1} | Wells Fargo Bank | Balance in WFB acct 0886 | 1129-000 | 1,000.00 | | 1,003.56 |
| 04/07/2015 | {3} | Wells Fargo Bank | Bank error on deposit. | 1229-000 | -0.01 | | 1,003.55 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 993.55 |
| 05/20/2015 | {6} | Verizon CRG | Verizon refund | 1229-000 | 11.86 | | 1,005.41 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 995.41 |
| 06/11/2015 | {7} | Wells Fargo Bank | Transfer returned from WFB | 1241-000 | 20,655.00 | | 21,650.41 |
| 06/25/2015 | {11} | Great American Insurance Company | Insurance refund | 1229-000 | 429.35 | | 22,079.76 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.43 | 22,060.33 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.78 | 22,027.55 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.62 | 21,996.93 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.75 | 21,963.18 |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

Exhibit 9  
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-50943 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LOTUS FARM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7177 | Account #: | ******3266 Checking Account |
| For Period Ending: | 01/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.59 | 21,931.59 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.49 | 21,901.10 |
| 12/18/2015 | {5} | I Hsin Orchids Inc | | 1241-000 | 15,000.00 | | 36,901.10 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.84 | 36,859.26 |
| 01/08/2016 | {8} | Benny Ooi | Payment from Ooi | 1241-000 | 6,000.00 | | 42,859.26 |
| 01/14/2016 | 101 | International Sureties | Bond # 016048574; 2016 Bond Payment | 2300-000 | | 23.99 | 42,835.27 |
| 01/20/2016 | | Benny Ooi | Check from Ooi | 1241-000 | 5,500.00 | | 48,335.27 |
| | {8} | | Payment re Ooi/Long settlement $2,500.00 | 1241-000 | | | 48,335.27 |
| | {10} | | Payment re Ooi/Long settlement $3,000.00 | 1241-000 | | | 48,335.27 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.37 | 48,276.90 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.94 | 48,209.96 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9  
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-50943 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LOTUS FARM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7177 | Account #: | ******3266 Checking Account |
| For Period Ending: | 01/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.07 | 48,133.89 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.74 | 48,067.15 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.64 | 48,000.51 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.74 | 47,924.77 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.45 | 47,858.32 |
| 08/10/2016 | 102 | FRANCHISE TAX BOARD | 2016 Est. Corp. Tax - TIN 27-3007177; Paid pursuant to Order, Doc#35 | 2820-000 | | 800.00 | 47,058.32 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.43 | 46,982.89 |
| 11/18/2016 | 103 | Fred Hjelmeset | Combined dividend payments for Claim #FEE, TE | | | 5,613.78 | 41,369.11 |
| | | | Claims Distribution - Fri, 09-30-2016            $5,609.98 | 2100-000 | | | 41,369.11 |
| | | | Claims Distribution - Fri, 09-30-2016            $3.80 | 2200-000 | | | 41,369.11 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-50943 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LOTUS FARM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7177 | Account #: | ******3266 Checking Account |
| For Period Ending: | 01/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/2016 | 104 | Marshall & Ramos, LLP | Combined dividend payments for Claim #, | | | 17,928.00 | 23,441.11 |
| | | | Claims Distribution - Fri, 09-30-2016     $16,199.92 | 3210-000 | | | 23,441.11 |
| | | | Claims Distribution - Fri, 09-30-2016     $1,728.08 | 3220-000 | | | 23,441.11 |
| 11/18/2016 | 105 | BACHECKI, CROM & CO., LLP | Combined dividend payments for Claim #, | | | 3,883.89 | 19,557.22 |
| | | | Claims Distribution - Fri, 09-30-2016     $3,836.00 | 3410-000 | | | 19,557.22 |
| | | | Claims Distribution - Fri, 09-30-2016     $47.89 | 3420-000 | | | 19,557.22 |
| 11/18/2016 | 106 | Internal Revenue Service | Case 15-50943 LOTUS FARM, INC.; Claim No. 1-1; Filed Amt. $6,100.00; Dividend 100.00%; Total Paid $6,100.00 | 5800-000 | | 6,100.00 | 13,457.22 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9  
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-50943 | Trustee Name: | Fred Hjelmeset (001090) |
|---|---|---|---|
| Case Name: | LOTUS FARM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7177 | Account #: | ******3266 Checking Account |
| For Period Ending: | 01/19/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/18/2016 | 107 | Wells Fargo Bank, National Association | Combined dividend payments for Claim #2-1, 3-1 | | | 9,923.27 | 3,533.95 |
| | | | Claims Distribution - Fri, 09-30-2016  $5,057.02 | 7100-000 | | | 3,533.95 |
| | | | Claims Distribution - Fri, 09-30-2016  $4,866.25 | 7100-000 | | | 3,533.95 |
| 11/18/2016 | 108 | I-Hsin Orchids, Inc. | Case 15-50943 LOTUS FARM, INC.; Claim No. 4; Filed Amt. $15,000.00; Dividend 23.56%; Total Paid $3,533.95 | 7100-000 | | 3,533.95 | 0.00 |
| | | | **COLUMN TOTALS** | | 48,599.76 | 48,599.76 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,599.76 | 48,599.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,599.76** | **$48,599.76** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Case: 15-50943   Doc# 50   Filed: 02/21/17   Entered: 02/21/17 15:37:25   Page 12 of 13

Exhibit 9
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-50943 | **Trustee Name:** | Fred Hjelmeset (001090) |
| **Case Name:** | LOTUS FARM, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7177 | **Account #:** | ******3266 Checking Account |
| **For Period Ending:** | 01/19/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $48,599.76 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $48,599.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3266 Checking Account | $48,599.76 | $48,599.76 | $0.00 |
| | **$48,599.76** | **$48,599.76** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**